Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
JACKSONVILLE Division

EMMANUEL VELAZQUEZ
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

(see attached)
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. AMENDED COMPLAINT
3:24-cv-918-MMH-MCR
*(to be filled in by the Clerk's Office)*

**Provided to Suwannee Correctional Institution on:**

**SEP 2 4 2024**

**for mailing, by:** _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Case No.: 3:24-cv-918-MMH-MCR

-v-

Sergeant ALLEN,
Sergeant WALLACE,
Sergeant WILLIAMS,
Defendants.

1-6

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Emmanuel Velazquez
   All other names by which you have been known: Emmanuel Miguel Velazquez
   ID Number: #C02674
   Current Institution: Suwannee C.I.
   Address: 5964 U.S. HWY 90
   Live Oak, FL 32060
   (City) (State) (Zip Code)

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: (last name) ALLEN
   Job or Title (if known): Sergeant - Florida Department of Corrections
   Shield Number: (unknown)
   Employer: Florida State Prison (Facility Code: 205)
   Address: Post Office Box 800
   Raiford, FL 32083
   (City) (State) (Zip Code)
   [✓] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name: (last name) WALLACE
   Job or Title (if known): Sergeant - Florida Department of Corrections
   Shield Number: (unknown)
   Employer: Florida State Prison (Facility Code: 205)
   Address: Post Office Box 800
   Raiford, FL 32083
   (City) (State) (Zip Code)
   [✓] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: (last name) WILLIAMS
- Job or Title (if known): Sergeant - Florida Department of Corrections
- Shield Number: (unknown)
- Employer: Florida State Prison (Facility Code: 205)
- Address: Post Office Box 800, Raiford, FL 32083

[✓] Individual capacity  [ ] Official capacity

Defendant No. 4
- Name: N/A
- Job or Title (if known):
- Shield Number:
- Employer:
- Address:

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth Amendment: cruel and unusual punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*N/A*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Each Defendant acted under color of state law because they were employed by F.D.O.C.*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*(Florida State Prison)*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*On September 10, 2022, at about 12:00 A.M. in the infirmary at Florida State Prison*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

September 9, 2022, at about 11:45 P.M. to September 10, 2022, at about 12:15 A.M.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On September 10, 2022, at about 12:00 A.M. I was taken to the Florida State Prison infirmary shower by all three Defendants. At this time I was maliciously attacked: Defendant ALLEN struck me on my face; Defendant WALLACE strangled my neck until I passed out; Defendant WILLIAMS fractured my ribs with a closed-fist punch. I also got struck behind my head with an unknown object and fell. I was unconcious through most of this beating, but Defendant WALLACE hit me behind my head.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Contusions and swelling on the back of my head.

Bruising and abrasions on my neck.

One or more lower right ribs fractured or dislocated.

Damage to my teeth; broken pieces of teeth.

After this assault on me I was threatened by Defendant WILLIAMS to "keep quiet," and I did not receive any medical attention. I was denied medical treatment.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm seeking $60,000.00 in compensatory damages and punitive damages.

The money damages are being sought for my physical injuries, and for mental anguish and emotional distress.

The basis is that the Defendants were employed as F.D.O.C. Sergeants, and I should not have been subjected to that evil attack.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Florida State Prison (Facility #205)*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*The claims on how the Defendants batterred me with no justification.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   At Florida State Prison.

2. What did you claim in your grievance?

   How the Defendants assaulted me then denied me medical assessment.

3. What was the result, if any?

   Approved grievance for Office of Inspector General's review. I was not interviewed.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   All grievance procedures have been completed. The appeals were to no avail.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.  If there are any reasons why you did not file a grievance, state them here:

(filed grievances)

        2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

(filed grievances)

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

All grievances relevant to this matter can be found through discovery.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

NOTE: Plaintiff lost all his legal property by the mishandling of staff in February 2024.

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

U.S. District Court - Northern District of Florida - Pensacola Division; April 2021 Case No.: 3:21-cv-412-MCR-EMT; failed to disclose Case No.: 6:15-cv-846-JA-KRS

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Emmanuel Velazquez
   Defendant(s) Reginald Cromartie

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Northern District of Florida

3. Docket or index number
   3:18-cv-2193-MCR-EMT

4. Name of Judge assigned to your case
   M. Casey Rodgers

5. Approximate date of filing lawsuit
   November 1, 2018

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. June 2021

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Settlement agreement

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) Emmanuel Velazquez
    Defendant(s) Secretary, F.D.O.C.

2. Court *(if federal court, name the district; if state court, name the county and State)*

    Middle District of Florida

3. Docket or index number

    6:15-cv-846-JA-KRS

4. Name of Judge assigned to your case

    John Antoon

5. Approximate date of filing lawsuit

    May 2015

6. Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition   April 2017

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Denied habeas corpus.
COA denied; Case #17-12127-F

Case No.: 3:24-cv-918-MMH-MCR

VIII. Previous Lawsuits

① Plaintiff: Emmanuel Velazquez
Defendants: Michael Lowery, et al.

Court: Northern District of Florida

Case No.: 3:21-cv-1831-MCR-HTC

Judge: M. Casey Rodgers

Filed: November 2021

Disposition: July 2023

Result: Settlement agreement

② Plaintiff: Emmanuel Velazquez
Defendant: Michael Wilson

Court: Northern District of Florida

Case No.: 3:24-cv-175-MCR-ZCB

Judge: M. Casey Rodgers

Filed: April 24, 2024

Disposition: still pending

Result: still pending

10-6

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/24/2024

Signature of Plaintiff: Emmanuel Velazquez
Printed Name of Plaintiff: Emmanuel Velazquez
Prison Identification #: C02674 Suwannee C.I.
Prison Address: 5964 U.S. HWY 90
Live Oak, FL 32060

B. **For Attorneys**

Date of signing: N/A

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address: