**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**EMMANUEL VELAZQUEZ
DOC# C02674,**
      **Plaintiff,**

**v.**                                      **No. 3:24-cv-918-MMH-MCR**

**SERGEANT ALLEN, ET AL.,**

      **Defendants.**

_____/

**DEFENDANTS' ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES**

      **Thomas D. Allen**, **Michael Walin**, and **Patrick A. Williams** ("Defendants") hereby answer **Emmanuel Velazquez's** ("Plaintiff") First Amended Complaint, (Doc. 5)[1], as follows:

      I.      **PARTIES TO THIS COMPLAINT** (Doc. 5 at 3-4).

      A. Admit.

      B. Deny there is a Defendant Wallace. Note that Defendant "Wallace" referred to in the Complaint is Defendant Michael Walin. Admit that other named individuals are Defendants in this action.

---

[1] Each document filed in this case as part of the Electronic Case File will be referenced as "Doc.", followed by the document number.

1

II. **BASIS FOR JURISDICTION** (*Id.* at 4-5).

    A. Admit.

    B. Admit that Plaintiff claims Eighth Amendment claims but deny that Plaintiff's rights were violated.

    C. No response required.

    D. Admit only that Defendants were employed by Florida Department of Corrections at the time of the alleged incident.

III. **PRISONER STATUS** (*Id.* at 5).

Admit Plaintiff is a convicted prisoner within the custody of the Florida Department of Corrections. Otherwise deny.

IV. **STATEMENT OF CLAIM** (*Id.* at 5-6).

    A. No response required.

    B. Deny.

    C. Deny.

    D. Admit only that Plaintiff was taken to the infirmary shower at approximately 10:38 pm on September 9, 2022, during a medical evaluation. Deny the remainder of Plaintiff's allegations on page 6 of Doc. 5. Any claims not specifically responded to are denied as without knowledge.

V. **INJURIES** (*Id.* at 6).

2

Deny Plaintiff's allegations. Deny Plaintiff was threatened or denied medical treatment.

VI. **RELIEF** (*Id.* at 6).

Deny that Plaintiff is entitled to any relief whatsoever.

VII. **EXHAUSTION OF ADMINISTRATIVE REMEDIES** (*Id.* at 7-9).

A. Admit only that Plaintiff was formerly housed at Florida State Prison.

B. Admit.

C. Admit that Florida State Prison has a grievance procedure that covers these types of claims. Deny Plaintiff's allegation on page 7 of Doc. 5.

D. Admit.

E. See Below.

1. Admit.

2. Admit.

3. Admit.

4. Admit that Plaintiff completed the grievance procedure.

F. No response required.

G. Admit that grievances are available through discovery. Deny Plaintiff's allegations on page 9 of Doc. 5, as without knowledge.

VIII. **PREVIOUS LAWSUITS** (*Id.* at 9-12).

Deny as without knowledge.

IX.   **CERTIFICATION AND CLOSING** (*Id.* at 13).

Admit that Plaintiff has certified. Without knowledge as to the accuracy of the certification.

X.   **DEFENSES AND AFFIRMATIVE DEFENSES**

1. Defendants have not violated any established right under the Constitution or laws of the United States.

2. Plaintiff is not entitled to any damages as Plaintiff has not suffered any injury because of Defendants' actions.

3. Defendants have not violated any clearly established constitutional or statutory rights that a reasonable person is likely to have known and therefore are entitled to qualified immunity.

4. Defendants' actions were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions as to warrant recovery under 42 U.S.C. §1983.

5. Defendants' actions do not rise to the level of intentional or criminally reckless behavior which would allow for Plaintiff to obtain relief.

6. Plaintiff cannot establish any violation or injury of his guaranteed rights.

7. The incidents that Plaintiff alleges regarding Defendant never occurred.

4

8.  Punitive damages are barred pursuant to 18 U.S.C. §3626(a)(1)(A) and 18 U.S.C. §3626(g)(7).

## XI.   RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT

Defendants reserve the right to amend and supplement these affirmative defenses by adding such additional defenses as may appear to be appropriate upon further discovery being conducted in this case.

## XII.   DEMAND FOR JURY TRIAL

Defendants demand a jury trial on all issues so triable.

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

*/s/ Margo E.L. Byrne*
Margo E.L. Byrne
South Carolina Bar No. 107063
Office of the Attorney General
Margo.Byrne@myfloridalegal.com

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com
*Supervisor*

5

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Answer* was e-filed electronically though CM/ECF and served by U.S. mail to: Emmanuel Velazquez, DC# C02674, Charlotte Correctional Institution, 33123 Oil Well Road, Punta Gorda, FL 33955 -9701 on the 1st day of April 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com