UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EMMANUEL VELAZQUEZ,

    Plaintiff,

v.    Case No. 3:24-cv-918-MMH-MCR

SERGEANT ALLEN, et al.,

    Defendants.

_____

## ORDER

Plaintiff's Request for Production of Discovery Evidence (Doc. 18) is **STRICKEN**. Discovery-related documents should not be filed with the Court unless the Court needs them to decide a motion. *See* Fed. R. Civ. P. 5(d)(1)(A). Plaintiff must conduct discovery directly with Defendants' counsel, in compliance with the Court's Local Rules and the Federal Rules of Civil Procedure. *See* Order (Doc. 17).

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of June, 2025.

*[signature]*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 5/27
c:
Emmanuel Velazquez, #C02674
Counsel of Record